UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| N.A.A.C.P. BOSTON CHAPTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HENRY G. CISNEROS, ) <br> *Secretary of Housing & Urban* ) <br> *Development*, ) <br> ) <br> Defendant. ) <br> ) | C.A. NO. 78-00850-DPW |

## **MOTION FOR LEAVE TO FILE EXCESS PAGES**

Now comes the defendant, by and through his Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and moves this Court for Leave to Exceed 20 pages in his Memorandum in Opposition to Plaintiff's Memorandum in Support of its Motion for Summary Judgment/Motion for Enforcement of the Modified Consent Decree. As grounds for this Motion the defendant states as follows:

1. Given the complex factual and legal issued raised in the plaintiff's Motion with supporting Memorandum, and the necessity to explain the Voucher System within the defendant's Memorandum, the defendant was not able to remain within the 20 page limit;

2. The defendant made every attempt to succinctly provide the Court with a response to the plaintiff's factual and legal arguments, but was still unable to refrain from exceeding the 20 page limit; and

3.  The defendant submits that the additional pages will assist this Court in understanding and adjudicating the issues raised by the plaintiff in its Motion.

WHEREFORE, based on the complex factual and legal arguments raised by the plaintiff within its Motion, the defendant moves this Court for Leave to Exceed 20 pages in its Opposition.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | MICHAEL J. SULLIVAN<br>United States Attorney |
|  | By: /s/ Michael Sady<br>Michael Sady<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210 |
| Dated: August 7, 2007 | (617) 748-3100 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

Dated: August 7, 2007                             /s/ Michael Sady
                                                                Michael Sady
                                                                Assistant U.S. Attorney

## CERTIFICATION UNDER LOC. R. 7.1(A)(2)

I hereby certify that the defendant, Alphonso Jackson, the Secretary of Housing and Urban Development, has complied with the requirements of Loc. R. 7.1(A)(2).

                                                                /s/ Michael Sady
                                                                Michael Sady
Dated: August 7, 2007                             Assistant United States Attorney